[No. 6009-1.   Division One.   January 22, 1979.]

JAMES M. PIRIE CONSTRUCTION, INC., *Appellant,* v.
DESIGN & LIGHTING, INC., ET AL,
*Respondents.*

CASSIUS G. FISHER, ET AL, *Respondents,* v. JOHN T.
NACCARATO, ET AL, *Defendants,* SEATTLE OPERA
ASSOCIATION, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 799524, Barbara Durham, J., entered Septem-
ber 21, 1977. *Remanded* by unpublished opinion per Farris,
C.J., concurred in by James and Dore, JJ.

[No. 3514-2.   Division Two.   January 23, 1979.]

DELBERT D. COCHRAN, *Appellant,* v. ROBERT W.
ANDERSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 798183, Solie M. Ringold, J., entered May 18,
1977. *Affirmed* by unpublished opinion per Petrie, J., con-
curred in by Pearson, C.J., and Soule, J.

[No. 3146-2.   Division Two.   January 24, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. EMANUEL
BRANTLEY, *Appellant.*

Appeal'from a judgment of the Superior Court for Pierce
County, No. 43918, James P. Healy, J., entered September
17, 1977. *Affirmed* by unpublished opinion per Soule, J.,
concurred in by Pearson, C.J., and Petrie, J.